1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  CYMEYON V. HILL, | No. ED CV 23-1014-JLS(E) |
| 12               Plaintiff, | |
| 13      v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS |
| 14  MENDEL FELDSHER, ET AL., | OF UNITED STATES MAGISTRATE |
| 15               Defendants. | JUDGE |
| 16 | |

17

18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint,

19   all of the records herein and the attached Report and Recommendation of United States

20   Magistrate Judge.  Further, the Court has engaged in a _de novo_ review of those portions of the

21   Report and Recommendation to which any objections have been made.  The Court accepts and

22   adopts the Magistrate Judge's Report and Recommendation.

23

24        IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

25   ///

26

27

28

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the

Judgment of this date on Plaintiff.


DATED:  March 12, 2024.


JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2