JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL, | No. ED CV 23-1014-JLS(E) |
| Plaintiff, | JUDGMENT |
| v. | |
| MENDEL FELDSHER, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 12, 2024.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE